IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01803-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

MICHAEL LO,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Michael Lo filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 2, 2014 (ECF No. 18), it is

ORDERED that Defendant Michael Lo and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:   December 2, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge